THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 9, 2018



Brett H. Ludwig
United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

In re: DENNIS J. LEWIS

Soc. Sec. No. xxx-xx-9435

CHAPTER 13

Case No. 18-23933-BHL

### ORDER FOR CHAPTER 13 PAYMENT BY DEBTOR

To DENNIS J. LEWIS the above named debtor(s):

IT IS ORDERED THAT:

1. You shall pay the sum of **$1,009.00 Monthly** to the Chapter 13 Trustee within 30 days after you file your case (NOT 30 days after you receive this notice).

2. Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee. INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE. **PLEASE MAKE PAYABLE AND MAIL TO:**

**CHAPTER 13 TRUSTEE
P.O. BOX 730
MEMPHIS, TN 38101-0730**

3. This Order supersedes any previous Order for payment in this case.

**Debtor(s):**
DENNIS J. LEWIS
3315 N. 51ST BLVD.
MILWAUKEE, WI 53216

**Debtor(s) Attorney:**
ESSERLAW LLC
11805 WEST HAMPTON AVENUE
MILWAUKEEWI 53225-

Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

Trustee Issued Date:  May 09, 2018

#####